UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW SCULL, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>COMPELLENT TECHNOLOGIES, INC., et al.,<br><br>                 Defendants. | Civ. No. 0:10-cv-01525-PJS-SRN<br><br><u>CLASS ACTION</u> |
| ANDREW McDONALD, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>COMPELLENT TECHNOLOGIES, INC., et al.,<br><br>                 Defendants. | Civ. No. 0:10-cv-01566-PJS-SRN<br><br><u>CLASS ACTION</u> |

**ORDER**

Based upon the Joint Stipulation Regarding Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel and Liaison Counsel [Docket Entry No. 11 in the *Scull* matter and Docket Entry No. 8 in the *McDonald* matter] of the parties,

**IT IS HEREBY ORDERED** that:

1. Scull and McDonald are hereby appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

2. Scull's and McDonald's selection of Robbins Geller Rudman & Dowd LLP and Holzer Holzer & Fistel, LLC to serve as Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) and selection of Zimmerman Reed PLLP to serve as Liaison Counsel is approved.

DATED: June 24, 2010

s/ Susan Richard Nelson<br>
The Honorable Susan Richard Nelson,<br>
U.S. Magistrate Judge